**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:25-cr-00095 KGB**

**ANTHONY REYNOLDS** **DEFENDANT**

**ORDER**

On September 21, 2026, the psychiatric report of defendant Anthony Reynolds was filed under seal (Dkt. No. 27). Copies of the report were provided to counsel for the United States and counsel for Reynolds. In this Court's Order of September 22, 2026, counsel were directed to file a motion for hearing regarding any issues in the report or to file a motion in opposition to the report within 14 days from receipt of the report (Dkt. No. 28). No opposition to the psychiatric report has been filed, and no hearing regarding the report has been requested by either party. Therefore, the conclusions stated in the report prepared pursuant to 18 U.S.C. § 4241 regarding Reynolds's competency to stand trial are adopted as the conclusions and findings of the Court.

It is so ordered this 22nd day of October, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge